# SPECIAL CONDITIONS OF RELEASE

Re: AYALA, Julio  
No.: 2:21-MJ-00003-DB  
Date: January 7, 2022

1. You must report to and comply with the rules and regulations of the Pretrial Services Agency;

2. You must report in person to the Pretrial Services Agency on the first working day following your release from custody;

3. You must reside at a location approved by the pretrial services officer and not move or absent yourself from this residence for more than 24 hours without the prior approval of the pretrial services officer;

4. You must cooperate in the collection of a DNA sample;

5. You must restrict your travel to the Eastern District of California and the District of Nebraska (for court-related matters or attorney meetings only) unless otherwise approved in advance by the pretrial services officer;

6. You must refrain from excessive use of alcohol and refrain from any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you must notify Pretrial Services immediately of any prescribed medication(s). However, medicinal marijuana prescribed and/or recommended may not be used;

7. You must submit to drug testing as approved by the pretrial services officer. You must pay all or part of the costs of the testing services based upon your ability to pay, as determined by the pretrial services officer;

8. You must seek and/or maintain employment and provide proof of same as requested by your pretrial services officer;

9. You must not possess, have in your residence, or have access to a firearm/ammunition, destructive device, or other dangerous weapon; additionally, you must provide written proof of divestment of all firearms/ammunition currently under your control;

10. You must report any contact with law enforcement to your pretrial services officer within 24 hours.

11. The unsecured bond must be signed by the necessary parties by no later than close of business on Monday, January 10, 2022.