UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
January 7, 2022
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JULIO AYALA,<br><br>　　　　　Defendant. | Case No.  2:22-MJ-00003-DB<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  JULIO AYALA ,

Case No.  2:22-MJ-00003-DB  Charge 21 USC § 841, 846, from custody for the following reasons: for the following reasons:

　　　_____   Release on Personal Recognizance

　　　__X__   Bail Posted in the Sum of $ _____

　　　　　__X__   Unsecured Appearance Bond $   50,000 (co-signed)

　　　　　_____   Appearance Bond with 10% Deposit

　　　　　_____   Appearance Bond with Surety

　　　　　_____   Corporate Surety Bail Bond

　　　　　_____   (Other): _____.

Issued at Sacramento, California on January 7, 2022 at 3:07 p.m.

Dated:  January 7, 2022

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE